1
2
3
4
5
6
7
8                   **IN THE UNITED STATES DISTRICT COURT**
9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11  GREGORY CRYER,                          No. 2:12-CV-3013-CMK
12          Plaintiff,
13      vs.                                  ORDER
14  COMMISSIONER OF SOCIAL
    SECURITY,
15
16          Defendant.
                                     /
17

18          Plaintiff, who is proceeding with retained counsel, brings this action under
19  42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.
20  On May 1, 2013, the court directed plaintiff to show cause in writing why this action should not
21  be dismissed for failure to inform the court regarding his election to proceed before a Magistrate
22  Judge. Plaintiff has responded to the order by making his election. The order to
23  / / /
24  / / /
25  / / /
26  / / /

                                           1

show cause is, therefore, discharged.  The merits of this matter will be addressed separately.

        IT IS SO ORDERED.

DATED:  August 1, 2013

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE