IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CRYER, | No. 2:12-CV-3013-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. On May 1, 2013, the court directed plaintiff to show cause in writing why this action should not be dismissed for failure to inform the court regarding his election to proceed before a Magistrate Judge. Plaintiff has responded to the order by making his election. The order to

/ / /

/ / /

/ / /

/ / /

1  show cause is, therefore, discharged.  The merits of this matter will be addressed separately.

2             IT IS SO ORDERED.

4   DATED:  August 1, 2013

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE